IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA FAYE WHITFIELD, on
behalf of William Lamar Weaver                                    PLAINTIFF

v.                         No. 3:16-cv-151-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                       DEFENDANT

## ORDER

The Court overrules Whitfield's objection, № 19, and, on *de novo* review adopts Magistrate Judge Ray's recommendation, № 18. Whitfield didn't timely seek judicial review of the agency decision; and she has not shown any circumstance that justifies equitably tolling the deadline. *Medallin v. Shalala*, 23 F.3d 199, 203–04 (8th Cir. 1994). The Commissioner's motion to dismiss, № 15, construed as a motion for summary judgment, is granted. Whitfield's amended complaint will be dismissed with prejudice.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 May 2017