# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

LINDA FAYE WHITFIELD, on
behalf of William Lamar Weaver                                    PLAINTIFF

v.                          No. 3:16-cv-151-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                      DEFENDANT

## JUDGMENT

The amended complaint is dismissed with prejudice.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

17 May 2017