IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LINDA FAYE WHITFIELD, on
behalf of William Lamar Weaver                                    PLAINTIFF

v.                           No. 3:16-cv-151-DPM

SOCIAL SECURITY ADMINISTRATION,
Commissioner                                                       DEFENDANT

## ORDER

The Court liberally construes Whitfield's latest filing as a Federal Rule of Civil Procedure 59(e) motion to alter or amend the Judgment. That motion, № 22, is denied. The Court stands by its 17 May 2017 Order and Judgment dismissing Whitfield's case with prejudice. If Whitfield wants to challenge this Court's decision, she must appeal to the United States Court of Appeals for the Eighth Circuit. FED. R. APP. P. 3 & 4(a).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

25 May 2017